[No. 22300. *En Banc.* February 16, 1931.]

DAVID T. ROBINSON, *Appellant*, v. FRANK MCHUGH *et al., Respondent.*[1]

*Thomas F. Ray* and *J. Charles Dennis*, for appellant.

*H. G.* and *Dix H. Rowland*, for respondents.

*Eggerman & Rosling, amici curiae.*

ON REHEARING.

PER CURIAM.—Upon a rehearing *En Banc*, a majority of the court adheres to the Departmental opinion heretofore filed herein, and reported in 158 Wash. 157, 291 Pac. 330. The judgment is therefore affirmed.

[No. 22417. *En Banc.* February 18, 1931.]

PUGET SOUND NAVIGATION COMPANY, *et al., Appellants*, v. THE DEPARTMENT OF PUBLIC WORKS *et al., Respondents.*[2]

*Robert Bronson, Wm. H. Gorham*, and *Bronson, Jones & Bronson*, for appellants.

*The Attorney General* and *John C. Hurspool, Assistant*, for respondent Department of Public Works.

*Cleland & Clifford*, for respondent Olympic Peninsula Motor Coach Co.

ON REHEARING.

PER CURIAM.—Upon a rehearing *En Banc*, a majority of the court adheres to the Departmental opinion heretofore filed herein, and reported in 157 Wash. 557, 289 Pac. 1006. The judgment is therefore modified and affirmed as directed by that opinion.

[1]Reported in 295 Pac. 921.

[2]Reported in 295 Pac. 949.